ALBERT NAWYN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WILLIAM KUCHKADA, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 43 *N. J. Super.* 95.

*Messrs. Chandless, Weller & Kramer* for the petitioners.

*Mr. Joseph P. Winberry* for the respondents.

February 4, 1957. Denied.

JOSEPH SHERMAN, PLAINTIFF-RESPONDENT, v. ANNA WOZNEK MEYERS, INDIVIDUALLY, *ETC.*, DEFENDANT-PETITIONER.

*Messrs. Mackerley & Friedman* and *Mr. Frank G. Schlosser* for the petitioner.

*Mr. Italo M. Tarantola* and *Mr. Harry Krieger* for the respondent.

February 4, 1957. Denied.